IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18-CR-073 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| MARYAM HAGUE, | ) | |
| | ) | **UNITED STATES' MOTION FOR A** |
| Defendant. | ) | **FINAL ORDER OF FORFEITURE** |

The United States respectfully requests that the Court review and approve the attached proposed Final Order of Forfeiture. In support of this motion, the undersigned counsel respectfully represents the following to the Court:

1. By the Preliminary Order of Forfeiture (R. 12), entered against defendant Maryam Hague on March 23, 2018, the following property was initially forfeited to the United States under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

- 3725 Lytle Road, Shaker Heights, Ohio, Permanent Parcel Number: 736-27-048.

2. In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the Preliminary Order of Forfeiture was posted on an official government internet site for at least 30 consecutive days, beginning on March 27, 2018 and ending on April 25, 2018. No third party claims to the subject property were made as a result of the internet notification. (Docket Report.)

3. Jose Rios, III, the husband/former husband of defendant Hague, was a potential third party claimant to the subject property; i.e., defendant Hague and Jose Rios, III, are the record owners of the property. As set forth at ¶ 5 of the Preliminary Order of Forfeiture (R. 12), Jose Rios, III, has entered into an "Agreement – Re: 3725 Lytle Road, Shaker Heights, Cuyahoga County, Ohio, Permanent Parcel Number: 736-27-048". *See*, R. 11-2. Therein, "Jose Rios, III, disclaim[ed] any interest in the property and consent[ed] to its forfeiture. Particularly, in this regard, Jose Rios, III, agree[d] that he will not contest the forfeiture action instituted by the United States against the property."

        Respectfully submitted,

        Justin E. Herdman
        U.S. Attorney, Northern District of Ohio

By:   /s/ James L. Morford                .
        James L. Morford (Ohio: 0005657)
        Assistant United States Attorney, N.D. Ohio
        Carl B. Stokes U.S. Court House
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio 44113
        216.622.3743 / Fax: 216.522.7499
        James.Morford@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that on this 16th day of July, 2018, a copy of the foregoing United States' Motion for a Final Order of Forfeiture, with attached proposed Final Order of Forfeiture, was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

        /s/ James L. Morford                .
        James L. Morford (Ohio: 0005657)
        Assistant United States Attorney, N.D. Ohio