IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18-CR-073 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| MARYAM HAGUE, | ) | |
| | ) | |
| Defendant. | ) | |

FINAL ORDER OF FORFEITURE

It appears to the Court that proper proceedings for the issuance of this Final Order of Forfeiture have been had in this case as follows:

1. By the Preliminary Order of Forfeiture (R. 12, at p. 3), filed on March 23, 2018, the following property was forfeited to the United States under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n) [as incorporated by 28 U.S.C. § 2461(c)]:

**3725 Lytle Road, Shaker Heights, Ohio, Permanent Parcel Number: 736-27-048.** The legal description of the property is as follows: Real property in the City of Shaker Heights, County of Cuyahoga, State of Ohio, and is described as follows: And known as being Sublot No. 2226 in Re-Allotment of the Van Sweringen Company's Subdivision No. 24 as part of Original Warrensville Township Company's Subdivision No. 55 as shown by the recorded plat in Volume 96 of Maps, Page 10 of Cuyahoga County Records and being 50 feet front on the Easterly side of Lytle Road and extending back of equal width 135 feet as appears by said plat, be the same more or less, but subject to all legal highways.

2.      Following the entry of a preliminary order of forfeiture, the United States is required to "publish notice of the order and of its intent to dispose of the property in such manner as the Attorney General may direct."  *See*, 21 U.S.C. § 853(n)(1).

3.      In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the Preliminary Order of Forfeiture (R. 12) was posted on an official government internet site for at least 30 consecutive days, beginning on March 27, 2018 and ending on April 25, 2018.

4.      No third party claims to the subject property were made as a result of the internet notification.  (Docket Report.) [1]

5.      Based upon the foregoing, and in accordance with 21 U.S.C. § 853(n)(7), this Final Order of Forfeiture is entered as follows: [2]

**IT IS ORDERED, ADJUDGED, AND DECREED**

6.      The United States may seize and take control of the following property, and it hereby is finally forfeited to the United States under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and no right, title, or interest shall exist in any other party:

---

[1]     Jose Rios, III, the husband/former husband of defendant Maryam Hague, was a potential third party claimant to the subject property; i.e., defendant Hague and Jose Rios, III, are the record owners of the property.  As set forth at ¶ 5 of the Preliminary Order of Forfeiture, Jose Rios, III, has entered into an "Agreement – Re: 3725 Lytle Road, Shaker Heights, Cuyahoga County, Ohio, Permanent Parcel Number: 736-27-048".  *See*, R. 11-2.  Therein, "Jose Rios, III, disclaim[ed] any interest in the property and consent[ed] to its forfeiture.  Particularly, in this regard, Jose Rios, III, agree[d] that he will not contest the forfeiture action instituted by the United States against the property."

[2]     It is noted that defendant Hague has consented, pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, that the forfeiture of the subject property would become final as to her upon the Court's entry of the Preliminary Order of Forfeiture.  *See*, R. 12: Preliminary Order of Forfeiture, at p. 2, ¶ 3(D).

**3725 Lytle Road, Shaker Heights, Ohio, Permanent Parcel Number: 736-27-048.** The legal description of the property is as follows: Real property in the City of Shaker Heights, County of Cuyahoga, State of Ohio, and is described as follows: And known as being Sublot No. 2226 in Re-Allotment of the Van Sweringen Company's Subdivision No. 24 as part of Original Warrensville Township Company's Subdivision No. 55 as shown by the recorded plat in Volume 96 of Maps, Page 10 of Cuyahoga County Records and being 50 feet front on the Easterly side of Lytle Road and extending back of equal width 135 feet as appears by said plat, be the same more or less, but subject to all legal highways.

7. The United States shall dispose of this property in accordance with law and, particularly, the proceeds of the sale of the property shall be paid as follows:

   a.) To the Internal Revenue Service, Criminal Investigation, for the payment of all reasonable expenses incurred in the preservation of the property pending its sale, and for payment of the reasonable costs of the sale of the property.

   b.) All outstanding property taxes.

   c.) Other encumbrances, if any, due and owing in accordance with federal law.

   d.) The balance of the sale proceeds remaining after the above disbursements shall be paid/forfeited to the United States.

**SO ORDERED** this   18th   day of July, 2018.

s/John R. Adams
———————————————
John R. Adams
United States District Judge, N.D. Ohio